**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, as Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
David A. Blansky, Esq.
Salvatore LaMonica, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, et al., | Case No.: 18-22552 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------------x

MARIANNE T. O'TOOLE, as Chapter 7 Trustee
of the estate of Michael P. D'Alessio,

                                                Adv. Pro. No.: 19-08253 (RDD)

        Plaintiff,

   -against-

RONALD G. D'ALESSIO, SCHURZ AVENUE DEVELOPMENT LLC, SCHURZ 9 LLC, JANE DOE "1" through "10", JOHN DOE "1" through "10", and such other unnamed Defendants presently unknown to the Trustee who may be holding assets which are property of the estates,

        Defendants.

-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

    ROSA R. LELLA, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

    On April 29, 2019, deponent served the following documents by Overnight Mail upon the attorneys/parties listed on the annexed service list at the addresses listed:

**(1) Temporary Restraining Order and Order Scheduling A Hearing On Shortened Notice On Plaintiff's Application For An Order Directing Ronald G. D'Alessio, Schurz Avenue Development LLC, and Schurz 9 LLC To Show Cause Why They Should Not Be Enjoined From Selling Certain Real Property, Including, 2903 Schurz Avenue, Bronx, New York and Granting Related Relief dated April 29, 2019 [Dkt. No. 5];**

**(2) Plaintiff's Application For A Temporary Restraining Order And Order Scheduling Hearing On Shortened Notice [Dkt. No. 2];**

**(3) Affirmation Pursuant to Rule 7065 of The Federal Rules of Bankruptcy Procedure with Exhibits [Dkt. No. 4];**

**(4) Affirmation Pursuant to Local Bankruptcy Rule 9077-1 [Dkt. No. 3]; and**

**(5) Complaint [Dkt. No. 1].**

To:   **See Annexed Service List**

                                              *s/Rosa R. Lella*
                                              ROSA R. LELLA

Sworn to before me
this 29th day of April 2019

*s/ David A. Blansky*
David A. Blansky
Notary Public, State of New York
No. 02BL6008775
Qualified in Nassau County
Commission Expires June 15, 2022

# SERVICE LIST

**RONALD G. D'ALESSIO**
4 Wendover Road
Eastchester, NY 10709

Sanford Rosen, Esq.
**ROSEN & ASSOCIATES**
747 Third Avenue
New York, NY 10017-2803
*Attorneys for the Debtors and Ronald G. D'Alessio*

Edward Shapiro, Esq.
**EDWARD M. SHAPIRO, ATTORNEY AT LAW**
225 Broadway, Suite 1515
New York, NY 10007
*Attorneys for Schurz Avenue Development LLC*

Schurz Avenue Development LLC
**c/o Ronald G. D'Alessio, Sole Member/Manager**
4 Wendover Road
Eastchester, NY 10709

Schurz 9 LLC
**c/o Ronald G. D'Alessio, Sole Member/Manager**
4 Wendover Road
Eastchester, NY 10709

Thomas R. Slome, Esq.
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
990 Stewart Avenue, Suite 300
Garden City, NY 11530
*Attorneys for BNB Bank*

**OFFICE OF THE UNITED STATES TRUSTEE**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014